**BARBARINO v. CAPPUCCINE, INC.**

[366 N.C. 330 (2012)]

HEATHER BARBARINO v. CAPPUCCINE, INC.

No. 160A12

(Filed 14 December 2012)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 722 S.E.2d 211 (2012), affirming in part and reversing in part an order entered on 1 November 2010 by Judge Theodore S. Royster in Superior Court, Cabarrus County. Heard in the Supreme Court on 15 October 2012.

*Gardner & Hughes PLLC, by N. Renee Hughes and Nicole Gardner, for plaintiff-appellant.*

*Shumaker, Loop & Kendrick, LLP, by Frederick M. Thurman, Jr., for defendant-appellee.*

PER CURIAM.

AFFIRMED.